## REQUEST FOR COURT ACTION / DIRECTION

| | |
|---|---|
| TO:  JIM MOLINELLI<br>Docket Clerk | OFFENSE: <u>CONSPIRACY TO PURCHASE FIREARMS BY MAKING FALSE STATEMENTS (18 USC 371) AND MAKING FALSE STATEMENTS TO OBTAIN FIREARMS-AID AND ABET (18 USC 924).</u><br><br>ORIGINAL SENTENCE: <u>150 MONTHS IMPRISONMENT; THREE (3) YEARS OF SUPERVISED RELEASE</u> |
| FROM:  VERONICA CASANOVA<br>U.S. Probation Officer | SPEC. CONDITIONS:  <u>SEARCH AND SEIZURE, DRUG TESTING.</u><br><br>AUSA: TO BE ASSIGNED |
| RE:  JAMES HARGROVE<br>Docket # <u>92-CR-00147-1</u> | |

07 CRIM. 874

DATE OF SENTENCE:  04/02/1993

DATE:  August 23, 2007

ATTACHMENTS:  PSI___  JUDGMENT <u>X</u>  PREVIOUS REPORTS___
VIOLATION  PETITION

REQUEST FOR:  WARRANT___  SUMMON___  COURT DIRECTION___

---

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On April 2, 1993, the above-mentioned individual was sentenced in the Western District of Virginia, by the Honorable James C. Turk, Senior U.S. District Judge, for the above referenced offense.

On August 17, 2007, we received a letter from the Western District of Virginia, advising that the Honorable James C. Turk, Senior U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Hargrove's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York, for acceptance of transfer of jurisdiction.

Enclosed are one (1) original and two (2) copy forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the original Form 22, as it is required for both districts to complete the transfer.

HARGROVE, JAMES                                                                                   11674/VC

- 2 -

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                               Respectfully submitted,

                                               Chris J. Stanton
                                               Chief U.S. Probation Officer

                             By: _____
                                               Veronica Casanova
                                               U.S. Probation Officer
                                               212-805-5190

Approved By: _____ 8/23/07
                 Enid Febus                     Date:
                 Supervising U.S. Probation Officer